No. 86–172 (A–18). ARANETA ET UX. *v.* UNITED STATES. C. A. 4th Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. The stay heretofore entered by Chief Justice Burger [478 U. S. 1301] is vacated. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.

No. 86–278. JENSEN *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for accounting denied. Certiorari denied.

No. 86–310. WARDEN ET AL. *v.* NOLAN, JUDGE, CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS. Sup. Ct. Ill. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 86–312. WIGGINS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–329. GARDINER ET AL. *v.* SEA-LAND SERVICE, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 85–890. HUBBY *v.* HISTORIC SAVANNAH FOUNDATION ET AL., 475 U. S. 1108. Petition for rehearing denied.

OCTOBER 22, 1986

No. A–290 (86–604). TOWNLEY ET AL. *v.* CLARK. C. A. 4th Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.